UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 17-35851-MBK |
| --- | --- | --- |
| | Chapter: | 7 |
| Calvin Bryant | Judge: | Michael B. Kaplan |

## NOTICE OF PROPOSED ABANDONMENT

JOHN W. HARGRAVE, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> Clerk, US Bankruptcy Court
> Clarkson S. Fisher U. S. Courthouse
> 402 East State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on March 5, 2018 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

| | Description of Real Property | Petition Value |
| --- | --- | --- |
| 1 | 67 Vine Street, Trenton, NJ  08638 | $22,065.00 |

Liens on property:

| | Description of Real Property | Creditors Info | Amount of Claim |
| --- | --- | --- | --- |
| 1 | 67 Vine Street Trenton, NJ - 08638-0000Mercer | Roundpoint Mortgage | $39,530.00 |

Amount of Equity claimed as exempt:

| | Description of Real Property | Value of Claimed Exemption |
| --- | --- | --- |
| 1 | 67 Vine Street Trenton, NJ - 08638-0000Mercer | $0.00 |

Objections must be served on, and requests for additional information directed to:

| Name: | /s/ John W. Hargrave |
| --- | --- |
| Address: | 117 Clements Bridge Road, Barrington, NJ 08007 |
| Telephone No.: | (856) 547-6500 |

```
                           United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                              Case No. 17-35851-MBK
Calvin Bryant                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jan 26, 2018
                              Form ID: pdf905          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2018.
```
db             +Calvin Bryant,    66 Harrison Drive,    Fairless Hills, PA 19030-2017
517251058      +Chase Bank USA,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
517251059      +Credit Acceptance,    PO Box 513,    Southfield, MI 48037-0513
517251060       Helm Associates,    2664 Bristol Pike,    Bristol, PA 19007
517251061      +IC Systems,   Re:  Morrisville Veterinary Hospital,    PO Box 64378,    Saint Paul, MN 55164-0378
517251062      +Kivitz McKeever Lee,    701 Market Street,    Suite 5000,    Re:  Roundpoint,
                 Philadelphia, PA 19106-1541
517251063      +Lenox Socey Wilgus,    Re:  American Trading; DC 2507-98,    136 Franklin Corner Road,
                 Suite 110,    Lawrence, NJ 08648-2586
517251064      +Linebarger Goggan Blair & Sampson,    PO Box 90128,    Re:  PA EZ Pass;  #7509035,
                 Harrisburg, PA 17109-0128
517251066      +Roundpoint Mortgage,    PO Box 19409,    Charlotte, NC 28219-9409
517292350      +TRENTON WATER WORKS I CITY OF TRENTON,    319 EAST STATE ST., ROOM 113,    TRENTON, NJ 08608-1809
517251068      +Tek Collect,    PO Box 1269,    Re:  Penn Valley Gas Co.;  10041417,    Columbus, OH 43216-1269
517251069      +Title Max of Delaware,    3401 Kirkwood Highway,    Wilmington, DE 19808-6133
517251070       Trenton Water Works,    PO Box 528,    Trenton, NJ 08603
517251071      +Verizon NJ,    500 Technology Drive,    Weldon Spring, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 26 2018 22:01:51      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 26 2018 22:01:50      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517251057      +E-mail/Text: maryanneabcbail@yahoo.com Jan 26 2018 22:02:11      ABC Bail Bonds,
                 215 West Bridge Street,    Re:  SC 176-11,    Morrisville, PA 19067-7118
517251065      +E-mail/PDF: pa_dc_claims@navient.com Jan 26 2018 22:03:52      Navient,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
517251067      +E-mail/Text: bankruptcy@sw-credit.com Jan 26 2018 22:01:51      Southwest Credit Systems,
                 4120 International Parkway,   # 1100,   Re:  cable or cellular,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 5
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2018 at the address(es) listed below:
```
              John   Zimnis    on behalf of Debtor Calvin  Bryant njbankruptcylaw@aol.com.
              John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
               jwh@trustesolutions.net
              John W. Hargrave     trustee@hargravelaw.com,    jwh@trustesolutions.net
              Rebecca Ann Solarz    on behalf of Creditor   Carisbrook Asset Holding Trust
               rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```