# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | Case no.: | 17-35851 |
| Calvin Bryant | Chapter: | 7 |
| | Judge: | Kaplan |
| Debtor(s) | | |

## CERTIFICATION OF NO OBJECTION

I __Gary A. Nau__, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
67 Vine Street, Trenton, NJ 08638.

JEANNE A. NAUGHTON, Clerk

Date: 2/28/2018            By: Gary A. Nau

*rev.2/10/17*